| Trustee Name, Address, Phone, Fax, Email: | |
|---|---|
| Ronald K. Kotoshirodo, Esq.<br>Attorney At Law * A Law Corporation<br>76 N. King Street, Suite 209<br>Honolulu, Hawaii 96817<br>Telephone: (808) 545-7700<br>Fax: (808) 545-7100<br>E-mail: rkotoshirodo@hawaii.rr.com | 2010 FEB 25 PM 2:20<br><br>UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF HAWAII |
| Debtor(s): **GLOBAL ENVIRONMENTAL SERVICES GROUP** | Case No.: **04-00748**<br>Chapter 7 |

## NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

| | |
|---|---|
| Total funds being deposited with the court pursuant to Fed. R. Bankr. P. 3011:<br>This amount represents unclaimed funds on the claim(s) listed below. | $ **8,866.67** |

*[List claimants for unclaimed funds below - attach continuation sheets if necessary.]*

| Claim No. | Claimant Name and Address | Amount |
|---|---|---|
| 1 | Hawaiian Electric Company, Inc.<br>PO Box 3978<br>Honolulu, HI 96812-3978 | $ 648.44 |
| 4 | Chemical Waste Management, Inc.<br>Roy L. Anderson<br>1164 Bishop St., Ste. 1515<br>Honolulu, HI 96813 | $ 4,036.62 |
| 20 | BGI Shared Services<br>P.O. Box 95035<br>Chicago, IL 60694-5035 | $ 273.04 |
| 26 | Paradise Media Group, LLC<br>P.O. Box 30125<br>Honolulu, HI 96820 | $ 2,350.63 |

Dated: February 24, 2010

/s/ _____
Trustee

| Claim No. | Claimant Name and Address | Amount |
|---|---|---|
| 31 | Aloha Airlines Air Cargo<br>P.O. Box 30028<br>Honolulu, HI 96820 | $ 708.65 |
| 32 | Chevron Products Company<br>2001 Diamond Blvd.<br>PO Box 5010, Sect. 230<br>Concord, CA 94524-0010 | $ 216.28 |
| 33 | Tesoro Petroleum Companies<br>P.O. Box 659723<br>San Antonio, TX 78265-9723 | $ 633.01 |